JOHN J. FALIHEE, Appellant, *v.* JOHN SIMMONS COMPANY, Respondent.

*Falihee* v. *Simmons Company*, 131 App. Div. 898, affirmed.
(Argued October 18, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Claude V. Pallister* and *Francis C. Reed* for appellant.

*J. Culbert Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.